UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **REGIONAL SCHOOL UNIT 51**<br>*a/k/a Maine School*<br>*Administrative District No. 51,*<br><br>**PLAINTIFF**<br><br>v.<br><br>**JOHN DOE, ET AL.,**<br><br>**DEFENDANTS** | **CIVIL NO. 2:12-CV-29-DBH** |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On November 29, 2012, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Findings of Fact and Conclusions of Law.  The time within which to file objections expired on December 17, 2012, and no objections have been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  Judgment is entered in favor of the defendant Parents on the plaintiff District's appeal and in favor of the District on the Parents' cross-appeal.

**SO ORDERED.**

**DATED THIS 29TH DAY OF JANUARY, 2013**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**