UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **REGIONAL SCHOOL UNIT 51** ) <br> *a/k/a Maine School* ) <br> *Administrative District No. 51,* ) <br> ) <br>       **PLAINTIFF** ) <br> ) <br> **v.** ) <br> ) <br> **JOHN DOE, ET AL.,** ) <br> ) <br>       **DEFENDANTS** ) | **CIVIL NO. 2:12-CV-29-DBH** |

### ORDER AFFIRMING RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On June 30, 2013, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on Defendants' Motion for Attorney Fees. The time within which to file objections expired on July 17, 2013, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendants' motion is **GRANTED IN PART**, to the extent that the defendants are awarded attorney fees and costs in the amount of $70,657.87, reflecting an adjusted lodestar figure of $76,386.89 ($77,646.89 minus $2,270 for work performed through the time of filing of the motion, plus $1,010 for work performed on the reply) minus 7.5 percent, or $5,729.02, to

account for time devoted to an issue with respect to which they did not prevail, and otherwise **DENIED**.

    **SO ORDERED.**

    **DATED THIS 18TH DAY OF JULY, 2013**

                                        /S/D. BROCK HORNBY  
                                        **D. BROCK HORNBY**  
                                        **UNITED STATES DISTRICT JUDGE**